Stephen C. Ruehmann (167533)
Robin D. Shofner, Esq. (272552)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiffs
ROMESH SOIN and
ALMA SOIN

# UNITED STATES DISCTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMESH SOIN and ALMA SOIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL NATIONAL MORTGAGE ) <br> ASSOCIATION a/k/a FANNIE MAE; ) <br> SUNTRUST MORTGAGE, INC.; and ) <br> DOES 1-100, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:12-CV-00634-WBS-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |

The undersigned Plaintiff and Defendants SUNTRUST MORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION are in the process of settling this case. Accordingly, the parties hereby stipulate that the Motion to Dismiss, presently set for hearing on April 23, 2012 at 10:00 AM in Courtroom 5 (Docket Nos. 6 and 7), be continued 14 days to May 7, 2011 at 2:00 P.M.

/ / /

STIPULATED AND AGREED:

Dated:  April 19, 2012                              RUEHMANN LAW FIRM, P.C.


                                                                       /s/ Robin D Shofner_____
                                                                      Robin D. Shofner
                                                                      Attorney for Plaintiff


Dated: April 19, 2012                               AKERMAN SENTERFITT LLP


                                                                       /s/ Bryan M. Leifer_____
                                                                      Bryan M. Leifer
                                                                      Attorney for Defendants
                                                                      SUNTRUST MORTGAGE, INC. and FEDERAL
                                                                      NATIONAL MORTGAGE CORPORATION


**ORDER**

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Hearing on the Motion to Dismiss the Complaint by Defendants SUNTRUST MORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION (Docket Nos. 6 and 7) be moved from April 23, 2012 to May 7, 2012 at 2:00 PM in Courtroom 5.

                                                         IT IS SO ORDERED.

DATED:   April 19, 2012

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE