Stephen C. Ruehmann (167533)
Robin D. Shofner, Esq. (272552)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiffs
ROMESH SOIN and
ALMA SOIN

## UNITED STATES DISCTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMESH SOIN and ALMA SOIN, | Case No. 2:12-CV-00634-WBS-EFB |
| Plaintiffs, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE; SUNTRUST MORTGAGE, INC.; and DOES 1-100, inclusive, | |
| Defendants. | |

        The undersigned Plaintiff and Defendants SUNTRUST MORTGAGE, INC. and

FEDERAL NATIONAL MORTGAGE ASSOCIATION are in the process of settling this case.

Accordingly, the parties hereby stipulate that the Motion to Dismiss, presently set for hearing on

April 23, 2012 at 10:00 AM in Courtroom 5 (Docket Nos. 6 and 7), be continued 14 days to May

7, 2011 at 2:00 P.M.

/ / /

STIPULATED AND AGREED:

Dated:  April 19, 2012                    RUEHMANN LAW FIRM, P.C.


                                           /s/ Robin D Shofner
                                          Robin D. Shofner
                                          Attorney for Plaintiff




Dated: April 19, 2012                     AKERMAN SENTERFITT LLP



                                           /s/ Bryan M. Leifer
                                          Bryan M. Leifer
                                          Attorney for Defendants
                                          SUNTRUST MORTGAGE, INC. and FEDERAL
                                          NATIONAL MORTGAGE CORPORATION



**ORDER**

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Hearing on the

Motion to Dismiss the Complaint by Defendants SUNTRUST MORTGAGE, INC. and

FEDERAL NATIONAL MORTGAGE ASSOCIATION (Docket Nos. 6 and 7) be moved from

April 23, 2012 to May 7, 2012 at 2:00 PM in Courtroom 5.


                              IT IS SO ORDERED.

DATED:   April 19, 2012


                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER TO CONTINUE HEARING DATE