Stephen C. Ruehmann (167533)
Robin D. Shofner, Esq. (272552)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002
Attorneys for Plaintiffs
ROMESH SOIN and
ALMA SOIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMESH SOIN and ALMA SOIN,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE; SUNTRUST MORTGAGE, INC.; and DOES 1-100, inclusive,<br><br>　　　Defendants. | Case No. 2:12-CV-00634-WBS-EFB<br><br>Hon. Judge William B. Shubb<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: February 29, 2012 |

**PLEASE TAKE NOTICE** that The undersigned Plaintiffs and Defendants SUNTRUST MORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

///

///

///

///

///

{24127599;1}　　　　　　　　　　　　　　　　1　　　　　　　　　　　CASE NO. 2:12-CV-00634-WBS-EFB
**STIPULATION FOR DISMISSAL**

1  STIPULATED AND AGREED:

2  Dated: April 19, 2012

3                                                              **RUEHMANN LAW FIRM, P.C.**
4                                                                  _/s/ Robin D Shofner_
                                                                       Robin D. Shofner
5                                                                    Attorney for Plaintiffs

6

7                                                              **AKERMAN SENTERFITT LLP**
   Dated:  April 19, 2012
8
                                                               By:  _/s/ Bryan M. Leifer_
9                                                                       Bryan M. Leifer
                                                                    Attorneys for Defendants
10                                                          SUNTRUST MORTGAGE, INC. and FEDERAL
                                                                NATIONAL MORTGAGE ASSOCIATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{24127599;1}                          2                     CASE NO. 2:12-CV-00634-WBS-EFB
                              **STIPULATION FOR DISMISSAL**

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  April 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE