Stephen C. Ruehmann (167533)
Robin D. Shofner, Esq. (272552)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002
Attorneys for Plaintiffs
ROMESH SOIN and
ALMA SOIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMESH SOIN and ALMA SOIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE; SUNTRUST MORTGAGE, INC.; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-CV-00634-WBS-EFB<br><br>Hon. Judge William B. Shubb<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: February 29, 2012 |

**PLEASE TAKE NOTICE** that The undersigned Plaintiffs and Defendants SUNTRUST MORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

///

///

///

///

///

1  STIPULATED AND AGREED:

2  Dated: April 19, 2012

                                                 **RUEHMANN LAW FIRM, P.C.**
                                                */s/ Robin D Shofner*
                                                         Robin D. Shofner
                                                      Attorney for Plaintiffs

Dated:  April 19, 2012                           **AKERMAN SENTERFITT LLP**

                                        By: */s/ Bryan M. Leifer*
                                                      Bryan M. Leifer
                                                   Attorneys for Defendants
                      SUNTRUST MORTGAGE, INC. and FEDERAL
                              NATIONAL MORTGAGE ASSOCIATION

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE